# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Chad Follmer, as natural guardian and parent of C.F., a minor, | ) ) ) |
| Plaintiff, | ) **ORDER FOR STATUS** ) **CONFERENCE** ) ) |
| vs. | ) ) |
| Derek Lyson, | ) ) Case No. 1:19-cv-044 |
| Defendant. | ) |

**IT IS ORDERED:**

A status conference will be held before the magistrate judge on August 6, 2019, at 9:00 a.m. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Dated this 8th day of May, 2019.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court